# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Henry, Robert H. | U.S. Court of Appeals: 10th Ci | 5/13/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Judge, Tenth Circuit | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2009 <br> to <br> 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse <br> 200 N.W. 4th Street, Room 2421 <br> Oklahoma City, OK 73102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director (advisory) | Jasmine Moran Children's Museum |
| 2. Director | Harlan, Inc. [____] corporation) |
| 3. Director | Oklahoma Foundation for Excellance |
| 4. Director | VERA Institute for Justice |
| 5. Director | Oklahoma Medical Research Foundation |
| 6. Director (Advisory) | University of Oklahoma College of Fine Arts Board of Visitors |
| 7. Director | Oklahoma Arts Institute |
| 8. Director (Advisory) | University of Oklahoma Honors College Board of Visitors |
| 9. Chair | American Bar Association, Chair of the Middle East and North Africa Law Initiative |
| 10. Director (Advisory) | University of Oklahoma International Programs Board of Visitors |
| 11. Director | The Foundation for the Future |

FINANCIAL DISCLOSURE OFFICE 2010 MAY 14 A 10: 42 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|

Henry, Robert H.

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H. | 5/13/2010 |

1. 1976-91        State of Oklahoma Public Employees Retirement System

2.

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H. | 5/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02/2009 | Kansas University Endowment - teaching. | $2,000.00 |
| 2. 06/2009 | Southern Methodist University, Dallas, Texas - teaching | $1,500.00 |
| 3. 06/2009 | Rose State College, Oklahoma - teaching | $500.00 |
| 4. 07/2009 | University of Oklahoma - teaching | $5,000.00 |
| 5. 09/2009 | University of Oklahoma - teaching | $1,750.00 |
| 6. 09/2009 | Rogers State University, Oklahoma - teaching | $2,500.00 |
| 7. 2009 | Oklahoma Public Employee Retirement System for year 2009 | $18,080.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Dr. Janice L. Ralls, P.C., Dentist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | VERA Institute of Justice | 01/21/2009 to 1/23/2009 | New York, NY | Board Meeting | Transportation, meals, hotel |
| 2. | Kansas of University School of Law | 01/28/2009 to 01/29/2009 | Lawrence, Kansas | Speaker | Tansportation, meals, hotel |
| 3. | Duke University Law School | 2/05/2009 to 02/06/2009 | Durham, NC | Speaker | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H. | 5/13/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Southern Methodist University | 2/23/2009 to 02/24/2009 | Dallas, TX | Speaker | Transportation, meals, hotel |
| 5. | American Bar Association (MENA) | 02/26/2009 to 02/27/2009 | Washington, DC | Board Meeting | Transportation, meals, hotel |
| 6. | Hearst Foundation - U S Senate Program | 03/06/2009 to 03/08/2009 | Washington, DC | Speaker | Meals, hotel |
| 7. | American Society of International Law | 03/19/2009 to 03/20/2009 | Washington, DC | Board Meeting | Transporation, meals, hotel |
| 8. | American Bar Association (ROLI - Rule of Law) | 04/05/2009 to 04/06/2009 | Washington, DC | Board Meeting | Transportation, meals, hotel |
| 9. | VERA Institute of Justice | 04/16/2009 to 04/17/2009 | New York, NY | Board Meeting | Transportation, meals, hotel |
| 10. | American Bar Association (MENA) | 05/13/2009 to 05/20/2009 | Amman, Jordan | Board Meeting & Speaker | Transportation, meals, room |
| 11. | American Bar Association (MENA) | 05/20/2009 to 05/27/2009 | Cairo Egypt | Board Meeting & Speaker | Transportation, meals, hotel |
| 12. | American College of Trial Lawyers | 06/26/2009 to 6/27/2009 | Beaver Creek, CO | Speaker | Transportation, meals, hotel |
| 13. | University of Oklahoma - Honors College - Summer Program | 07/02/2009 to 07/10/2009 | Oxford, England | Teacher | Transportation, meals, hotel |
| 14. | American Bar Association (ROLI - Rule of Law) | 07/31/2009 to 08/01/2009 | Chicago, IL | Board Meeting | Transportation, meals, hotel |
| 15. | Foundation for the Future | 12/01/2009 to 12/05/2009 | Geneva, Switzerland | Board Meeting | Transportation, meals, hotel |
| 16. | American Bar Association (ROLI & MENA) | 12/07/2009 to 12/08/2009 | Washington, DC | Board Meetings | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H. | 5/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children: see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. University of Wyoming Law School | Sculpture of Socrates by Jerry Palen | $900.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children: see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BancFirst | Business - Line of CreditCredit Card | M |
| 2. OSLA | Student Loans | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegiance Credit Union | A | Interest | J | T | | | | | |
| 2. Vanguard 500 Index | A | Dividend | J | T | | | | | |
| 3. TIAACREF | A | Interest | K | T | Partial Sale | 08/14/09 | J | | |
| 4. Smith Barney IRA | A | Dividend | K | T | | | | | |
| 5. - Smith Barney Aggregate Growth Mutual Fund | | | | | Buy | 08/14/09 | J | | |
| 6. - Smith Barney Fundamental Value Mutual Fund | | | | | Buy | 08/14/09 | J | | |
| 7. Chaparral Energy a/k/a Cordillera a/k/a Vintage Petroluem | A | Royalty | J | T | | | | | |
| 8. Merit Energy Company a/k/a Sunoco | A | Royalty | J | T | | | | | |
| 9. Janice L. Ralls, DDS, PC Profit Sharing 401 (K) Plan | A | Int./Div. | K | T | | | | | |
| 10. Sonic Corp - Stock - Merrill Lynch Wealth Management | | None | J | T | Buy | 02/20/09 | J | | |
| 11. General Electric Co Stock - Merrill Lynch Wealth Management | | None | J | T | Buy | 10/22/09 | J | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H. | 5/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

II.   AGREEMENTS:
State of Oklahoma Public Employee Retirement System (vested retirement paid into state system during my public service as State Representative and Attorney General of Oklahoma,             , may be withdrawn beginning at age 55.)

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H. | 5/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544